UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YUJIANG GAN,

                Petitioner,

    v.

CHRISTOPHER CHESTNUT, et al.,

                Respondents.

No.  1:26-cv-01737-DAD-EFB (HC)

ORDER

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The District Judge has granted preliminary injunctive relief and referred the matter to the undersigned magistrate judge.  ECF No. 9.

It is HEREBY ORDERED that, within 14 days of the date of this order, petitioner shall file an opposition or statement of non-opposition to the pending motion to dismiss (ECF No. 7).  Respondent may file a reply in support of the motion to dismiss within seven days of the filing of any opposition brief.  Petitioner may also file a traverse within 14 days of the date of this order.  If no traverse is filed within that time, the court will consider the petition submitted.

DATED: March 31, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1